IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
CLERK, CHARLESTON, SC

2011 OCT 18  A 9: 37

| | |
|---|---|
| David E. Simpson, #11164-058, ) <br> aka David Ezell Simpson, David ) <br> Simpson fka David Ezell Simpson ) <br> #0370802, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Chesterfield County, S.C.; Chesterfield ) <br> County Clerk of Court; Chesterfield ) <br> County Sheriff Office, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 4:11-2330-SB <br><br> **ORDER** |



This matter is before the Court upon the pro se Plaintiff's complaint, which was filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On September 21, 2011, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Plaintiff's complaint without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R (Entry 11) and incorporates it herein by specific reference, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

October 17, 2011
Charleston, South Carolina